# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

SAMUEL I. COX,

                Plaintiff,

v.

GORDON A. AWSUMB, MARY HUOT and
RAMSEY COUNTY DISTRICT COURT,

                Defendants.

Civil No. 07-4554 (JRT/JJG)

**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

___

    Samuel I. Cox, #203432, MSOP, 1111 Highway 73, Moose Lake, MN 55767, plaintiff *pro-se*

    This matter is before the undersigned upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted. Accordingly, based on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

    1. Plaintiff's application to proceed <u>in</u> <u>forma</u> <u>pauperis</u>, [Docket No. 2], is DENIED; and

    2. The action is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED:  December 19, 2007
at Minneapolis, Minnesota.

                                                        s/John R. Tunheim
                                                        JOHN R. TUNHEIM
                                                     United States District Judge